FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Rubin W. Montgomery
_____
_____
(Enter above full name of plaintiff or plaintiffs)

v.

Chatham County Detention
Center - Classification
_____
_____
(Enter above full name of defendant or defendants)

CV422 014

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes _____  No ✓

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiffs: _____
         _____

         Defendants: _____
         _____

      2.  Court (if federal court, name the district; if state court, name the county):
         _____
         _____

      3.  Docket number: _____

      4.  Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?): _____

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?        Yes ____   No ____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
        Yes ____   No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

    Plaintiffs: _____

    Defendants: _____

2. Court (name the district): _____

_____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?): _____

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes _____ No ✓

1. If your answer to C is yes, name the court and docket number for each case:

_____  _____
_____  _____
_____  _____
_____  _____

II. Place of present confinement: __Chatham County Detention__

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes ✓ No ✓

C. If your answer to B is yes:

1. What steps did you take? I filed a complaint of being placed on Administrative Adseg. on Protective Custody status. As I am looked at as a snitch. I placed a grievance in Kiosk 11.25.21 that went un-answered.

2. What was the result? There was no reply to the grievance sent to Captain Blankenship, to see him as to being removed from 2-C Administrative Ad-Segregation for fear of safety.

3

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?     Yes ___   No ✓

    If yes, what was the result? _____

D.  If you did not utilize the prison grievance procedure, explain why not: As to my speaking to classification Ms. King upon annual interviews I was told the only way out of J-C would be to sign myself out to population,

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.  Name of plaintiff: Rubin J. Montgomery
    Address: 1074 Carl Griffin Drive
    Savannah, Ga. 31405

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.  Name of defendant: Classification
    Position:
    Place of employment:
    Current address: 1074 Carl Griffin Drive
    Savannah, Ga. 31405

C.  Additional defendants: _____

4

IV:   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In December of 2019 I was placed on Protective Custody and housed in Unit 2-Alpha Bubble housing sixteen inmates MAX. I was removed on or about December 17th 2020 with no explanation, placed in an orange jump suit and put on the tiers program. While I was in the bubble I felt threatened and was aware that at least one cell could open the door manually so I made it known. There was another door that could be opened that I was not aware of and that individual was called out and I did not know what for at first. After overhearing remarks sounding very similar to warning or threats, I sent a grievance that I felt unsafe. The same inmate was taken out again, this is when I began to put two and two together. The wrong person was pulled out, but he has ties (deep & wide) in the city of Savannah. So I was, (once it was concluded that I did it) looked at a snitch this has circulated around the entire jail. After staying on the   continues

5

tier program almost a year and this word being circulated I began to notice looks, even hear words that made me not feel comfortable. On November 17th of 2021 I expressed I felt unsafe and felt I needed to be removed from the dorm. In this process they - Sgt. and Lt. told me they couldn't do anything unless I gave specific individuals (this I felt was a set up) so I gave them room numbers they in turn put seperations on them.

Where I am presently I feel my rights are being violated - I have to earn my hour of recreation, I come out in handcuffs & shackles, my commissary limit has been reduced from $100 - $30, I am not allowed to have a drinking cup. There is not a regular cell clean up - if allowed I would have to take from recreation time to clean up, I am unable to recieve a razor to shave or nail clippers to keep nails clipped. I feel un-safe because if the doors are kicked enough and the lock being (the locking mechanism) jarred an individual can exit their cell when they get ready. I feel that detainees - inmates

have been passed on the things I have spoken. As of this day December 21st 2021, I watched one of the individuals who are to be kept seperated by brought into the dorm.

At this point I have been incarcerated for approximately twenty nine months, for second degree burglary and probation violation - possesion of drug related object. I feel the unit(s) has no real interest in my safety. I will be taping the ~~crossed~~ envelope on top of the glue seal in hopes that the mail is not tampered with. I also believe from words overheard that there is a good chance a price is on my head.

There has been several incidents where detainees have been assaulted already in unit 2-C. As of approximately two weeks ago there is only one officer working the floor.

(I have a profile for a cane because I have deteriorating arthritis in both my hips, its been taking. I was told there (canes) are not allowed in this dorm. I would also like to add coffee, juice and sometimes milk are offered with breakfast - not in this dorm)

- At the time November 17th 2021 there was room in 2-A Bubble. As of right now there is a Bubble that has three regular cells, they (classification) refuses to place me in there. I am subjected to cell inspection every morning at 5:30 a.m., As I have explained there is not a regularly followed cell clean-up. I do not have any type of infraction to even warrant the lost of my rightful priviledges. The recreation is a right that I should not have earn. I hesitate to add this but, my food trays are being tainted with some kind of chemical or poison. I lost about ten - 10 lbs within the last month or so. Symptoms: Nausea - uneasy stomache, dizziness, blurred vision. My urine has a very strong order, and there is slight difficulty deficating.

I hope this has a point to go forward with.

P: I am currently on single hour, were I am suppose to come out by myself for recreation, use the kiosk or telephone and or shower. At most times I go into the Bubble here in 2-C while four others detainees - (Administrative Segregated) are out, yet I am -

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for mental anguish and pain and suffering (I'm hearing taunts and in-direct threats regularly, and the stripping away of my rightful privileges).

~~And this right to~~

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21ST day of December, 2021.

XCCCO980
Prisoner No. 2019080297

_____
(Signature of Plaintiff)

MR. Rubin Montgomery
1074 CAB | Griffin Drive
SAVANNAH, GA. 31405

JACKSON 320
19 JAN 20 PM 3

RECEIVED
U.S. Marshals Service
Savannah Georgia

United States District Court
P.O. Box 8286
SAVANNAH, GA. 31412

31412-828686



Chatham County Sheriff's Complex
This letter is being mailed by an inmate booked in this correctional facility. The administration has not reviewed the contents.

