March 21, 2022

To the District Court of the United States,

I Rubin J. Montgomery filed a lawsuit against the Classification Department of Chatham County Detention Center the case #4-22-CV-14 while still incarcerated. I since been released and am presently without work or employment. I am awaiting a new birth certificate to obtain a State Identification. I was also banned from Chatham County. I am currently residing in New Jersey at 154 Ursinus Ct. Pemberston N.J. 08068.

The processing fee I am willing to pay once I recieved my birth certificate and gain employment. In reference to the complaint-(lawsuit), if there

Would be a subpena of the Kiosk Record under my name it will reveal the refusal to remove me out of admin-seg. And any video footage from the month of January (the hub footage) would show that it (the tray I recieved regularly) was pointed out at breakfast and dinner times. The breakfast was approximately between 6:00 - 6:30 AM - dinner between 4:00 - 4:00 PM.

  I am really hoping that any investigation of this matter will reveal exactly what I have described and that this matter maybe settled in a timely fashion

      Sincerely,
      Rubin J. Montgomery
      Rub J mon

1:22-cv-00014-DHB   Document 7   Filed 04/01/22   Page

Mr. Rubius. Montgomery
154 Urania Ct.
Pemberton, N.J. 08068

SOUTH JERSEY NJ 080
28 MAR 2022 PM 5 L

United States District Court
P.O. Box 8286
Savannah, GA., 31412

31412-828686

RECEIVED
U.S. Marshals Service
Savannah Center